KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6062
Facsimile: (202) 307-0054
Email: Colin.C.Sampson@usdoj.gov
       Western.TaxCivil@usdoj.gov

*Of Counsel*:
KAREN L. LOEFFLER
United States Attorney
District of Alaska

*Attorneys for The United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' COMPLAINT** |
| v. | ) | **TO REDUCE ASSESSMENT TO** |
| | ) | **JUDGMENT** |
| MARY E. GUTHRIE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America ("United States"), by and through its undersigned counsel, hereby alleges as follows:

1. This is a civil action timely brought by the United States to reduce to judgment an outstanding federal income tax assessment made against defendant Mary E. Guthrie.

-1-

## JURISDICTION, VENUE, AND PARTIES

2. This action is commenced pursuant to Section 7401 of the Internal Revenue Code, Title 26, U.S.C., at the direction of the Attorney General of the United States and at the request and with the authorization of the Office of Chief Counsel of the Internal Revenue Service (hereinafter "IRS"), a delegate of the Secretary of the Treasury.

3. Jurisdiction over this action is conferred on this Court pursuant to 26 U.S.C. §§ 7402 and 28 U.S.C. §§ 1331, 1340 and 1345.

4. Venue is proper in the District of Alaska in accordance with 28 U.S.C. §§ 1391 and 1396 since the federal tax liabilities of defendant Mary E. Guthrie accrued within the District of Alaska and because defendant Mary E. Guthrie resides within this judicial district.

5. Defendant Mary E. Guthrie is being sued in her individual capacity because she has unpaid federal tax liabilities.

## CLAIM FOR RELIEF:
## REDUCE INCOME TAX, INTEREST, AND PENALTY ASSESSMENTS AGAINST MARY E. GUTHRIE TO JUDGMENT

6. By this reference, the United States realleges and incorporates the allegations contained in Paragraph Nos. One (1) through Five (5), inclusive, as if fully set forth herein.

7. In the amounts and for the tax period set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against defendant Mary E. Guthrie for unpaid federal income taxes, penalties, interest, and other statutory additions accruing thereto as follows:

///

///

Case 5:13-cv-00005-SLG   Document 1   Filed 09/24/13   Page 2 of 4

| Tax Period | Assessment Date | Amount Assessed | Unpaid Balance Plus Accruals As Of September 24, 2013 |
|---|---|---|---|
| 2000 | 07/19/2002 | $310,873.64 T | $795,000.16 |
|  | 04/19/2004 | $69,946.57 LFP |  |
|  |  | $348.18 FPTP |  |
|  |  | $70,793.06 I |  |
|  | 10/18/2012 | $76,267.66 FPTP |  |

T = Tax Assessed
I = Interest
FPTP = Failure to Pay Tax Penalty pursuant to 26 U.S.C. §6651
LFP = Late Filing Penalty pursuant to 26 U.S.C. § 6651

8. Despite proper notice and demand for payment of the assessment set forth in Paragraph No. Seven (7), above, defendant Mary E. Guthrie has neglected, failed or refused to make full payment of the assessed amounts to the United States. The assessments plus accrued statutory interest and other statutory additions from the dates of assessment, less any payments or credits, remain due and owing.

9. Since the dates of the assessment, described in Paragraph No. Seven (7), above, interest and statutory additions have accrued and continue to accrue as provided by law and as of September 24, 2013, the outstanding balance of the assessments and the accrued interest, and applicable statutory additions, less any payments or credits, is $795,000.16.

WHEREFORE, the plaintiff United States prays as follows:

(a) That judgment be entered against defendant Mary E. Guthrie and in favor of the United States in the amount of $795,000.16, as of September 24, 2013, plus accrued statutory interest and additions, less any payments or credits;

(b) That the United States be granted its costs incurred in bringing this action, and for such other and further relief as the Court deems just and proper.

Dated this 24th day of September, 2013.

                    Respectfully submitted,

                    KATHRYN KENEALLY
                    Assistant Attorney General

                    */s/ Colin C. Sampson*
                    COLIN C. SAMPSON
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    Post Office Box 683, Ben Franklin Station
                    Washington, D.C. 20044
                    Telephone: (202) 514-6062
                    Facsimile: (202) 307-0054
                    Email: Colin.C.Sampson@usdoj.gov
                              Western.TaxCivil@usdoj.gov

                    *Of Counsel*:

                    KAREN L. LOEFFLER
                    United States Attorney

                    *Attorneys for The United States of America*